## Commonwealth *v.* Poindexter, Appellant.

Submitted March 15, 1971. *Mark S. Levy,* and *Kremer, Krimsky & Luterman,* for appellant; *Peter S. Greenberg* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Richards, Appellant.

Argued June 16, 1971. *John W. Packel,* Assistant Defender, with him *Andrea C. Levin,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, with him *Norris E. Gelman,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.